No. 02–5158. BOWIE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 02–5172. MAXWELL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–5214. BROXTON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5274. MOLONEY, AKA MALONEY, AKA MONROE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5345. EVANS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–5460. EASTERWOOD v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 02–5588. JOSEPH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5589. KITCHEN v. STIFF, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–5601. SHAW v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5603. SOSA v. MCKEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5604. WARD v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–5611. PUGH v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–5612. SMITH v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–5615. SCOON v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.